FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1085-BTM |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| AMALIA REBECCA LOYA (1), KARLA HEROINA OCHOA MARTINEZ (2), | ) Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. | ) |

The United States Attorney charges:

On or about March 10, 2008, within the Southern District of California, defendants AMALIA REBECCA LOYA and KARLA HEROINA OCHOA MARTINEZ, did knowingly and intentionally import approximately 41.0 kilograms (90.20 pounds), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: April 8, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
4/8/08