AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| KARLA HEROINA OCHOA MARTINEZ | CASE NUMBER: 08CR1085BTM |

I, KARLA HEROINA OCHOA MARTINEZ, the above named defendant, who is accused of committing the following offense:

> Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4·8·08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Karla Ochoa_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer


FILED
APR 08 2008