```
 1  BENJAMIN P. LECHMAN
    California Bar No. 185729
 2  964 Fifth Avenue, Ste. 320
    San Diego, California 92101
 3  Telephone: (619) 699-5935

 4  Attorney for Defendant Ochoa-Martinez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KARLA OCHOA-MARTINEZ,<br><br>          Defendant. | Criminal No. 08CR01085-BTM<br><br>ACKNOWLEDGMENT<br>OF NEXT COURT DATE |

    I, KARLA OCHOA-MARTINEZ, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is April 29, 2008 at 2:00 p.m. before the Honorable Jan M. Adler, United States Magistrate Judge.

    I declare that the foregoing is true and correct.

Dated: 4-22-08

*/s/ Karla H. Ochoa*
KARLA OCHOA-MARTINEZ

TOTAL P.01