UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>KARLA OCHOA-MARTINEZ, )<br>)<br>   Defendant. )<br>_____) | U.S.D.C. No. 08CR01085- BTM<br><br>PROOF OF ELECTRONIC SERVICE |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action and that my business address is 964 Fifth Ave. Ste. 320, San Diego, California, 92101-5008;

2) That I served the within ACKNOWLEDGMENT OF NEXT COURT DATE, by causing to be delivered a copy thereof to the Office of the Clerk, United States District Court for the Southern District of California, 940 Front Street, San Diego, California, 92101, by posting in the U.S. Mails; and

3) That I caused service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

caroline.han@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2008 at San Diego, California.

                                          s/Benjamin P. Lechman<br>
                                          BENJAMIN P. LECHMAN