UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     vs.<br><br>KARLA HEROINA OCHOA-MARTINEZ (2),<br><br>                  Defendant. | CASE NO. 08CR1085-BTM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of: 21 USC 952 AND 960

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/23/08

                                                            JAN M. ADLER
                                                             UNITED STATES MAGISTRATE JUDGE

                                                             ENTERED ON _____