**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

08 MAY 27 AM 8:29

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1085-BTM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| KARLA HEROINA OCHOA-MARTINEZ (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of:_ 21 USC 952 AND 960_

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/23/08

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 6/23/08    ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section